Terry N. Trieweiler
TRIEWEILER, HEDMAN,
HILEMAN & LACOSTA, PLLP
204 Central Avenue
Whitefish, MT 59937-2662
Telephone: (406) 862-2528
Facsimile: (406) 862-1140
Email: ttrieweiler@centurytel.net

Jonathan McDonald
McDONALD LAW OFFICE, PLLC
203 N. Ewing Street
P.O. Box 1570
Helena, MT 59624
Telephone:  (406) 442-1493
Facsimile:  (406) 403-0277
E-mail:  jm@mcdonaldlawmt.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| GORDON E. BEDFORD, deceased, by and through his personal representative, CAROL JANE BEDFORD, and CAROL JANE BEDFORD, individually,<br><br>                              Plaintiffs,<br><br>   -v-<br><br>CRST INTERNATIONAL, INC., CRST EXPEDITED, INC., DAVID WELK, WRYAN YOUNG, WESTLEY YOUNG, and JOHN DOES I-IV,<br><br>                              Defendants. | Cause No: 1:15-cv-00138-SPW-CSO<br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

| |
|---|
| CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC., <br>              Third-Party Plaintiffs, <br>   -v- <br><br> WRYAN YOUNG and WESTLEY YOUNG, <br>              Third-Party Defendants. |

The Parties have settled this case. Pursuant to F.R.Civ.P. 41(a)(1)(ii), the Parties hereby stipulate to the dismissal with prejudice of this action, to include all claims, cross-claims and counterclaims, with each party to bear their own costs.

DATED this 29th day of December, 2016.

McDONALD LAW OFFICE, PLLC

*/s/ Jonathan McDonald*
JONATHAN McDONALD
*Attorney for Plaintiff*

CROWLEY-FLECK, PLLP

*/s/ Paul C. Collins*
PAUL C. COLLINS
*Attorneys for CRST Defendants*

HALL & EVANS, LLC

*/s/ Brian L. Taylor*
BRIAN L. TAYLOR
*Attorney for Defendant Welk*

UGRIN, ALEXANDER, ZADICK & HIGGINS, P.C.

*/s/ Mark D. Meyer*
*Attorneys for Young Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2016, a copy of the foregoing was served on the following interested parties, by the means indicated:

<u>1,2,3,4</u>    CM/ECF
<u>      </u>    Hand Delivery
<u>      </u>    U.S. Mail
<u>      </u>    E-mail

1. Clerk, U.S. District Court

2. Paul C. Collins
   Dave P. Whisenand
   CROWLEY-FLECK, PLLP
   P.O. Box 2529
   Billings, MT 59103-2529
   pcollins@crowleyfleck.com
   dwhisenand@crowleyfleck.com

3. Brian L. Taylor
   Steve M. Hamilton
   HALL & EVANS, LLC
   175 North 27th Street, Suite 1101
   Billings, MT 59101
   taylorb@hallevans.com
   hamiltons@hallevans.com

4. Mark D. Meyer
   UGRIN ALEXANDER ZADICK & HIGGINS, P.C.
   P.O. Box 1746
   Great Falls, MT 59403
   mdm@uazh.com

By:   */s/ Jonathan McDonald*
Jonathan McDonald
McDONALD LAW OFFICE, PLLC
*Attorney for Plaintiffs*