IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JAN 03 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| GORDON E. BEDFORD, deceased, by and through his personal representative, CAROL JANE BEDFORD, and CAROL JANE BEDFORD, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL, INC., CRST EXPEDITED, INC., DAVID WELK, WRYAN YOUNG, WESTLEY YOUNG, and JOHN DOES I-IV,<br><br>Defendants.<br><br>CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>WRYAN YOUNG and WESTELY YOUNG,<br><br>Third-Party Defendants. | CV 15-138-BLG-SPW<br><br>ORDER DISMISSING WITH PREJUDICE |

Upon Stipulation between the parties hereto, by and between their counsel of

record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs.

DATED this 3rd day of January, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE